Unites States of America
        plaintiff

Vs.

Salomon Baca
        defendant

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 6 2013

MATTHEW J. DYKMAN
CLERK

Case#: 1:12-CR-00445-JB
Judge: Alan B Johonson
        James O Browning

Motion Requesting 3rd party Release
   or Halfway House,

Comes now the defendant Salomon Baca, pro se and Respectfully moves this court to issue an order granting 3rd party release to Lydia O Baca, defendant's mother. Or Halfway House to La Pasada, As grounds for this motion defendant states the following.

On February 14 2013, defendant was Sentenced to 64 months in the BOP The defendant is currently finishing off a State Sentence of 63 months in the DOC. NENMDF Clayton N.M. That will be completed on April 28th 2013, Defendant will not however be released from DOC. custody on April 28th 2013 because defendant was in Federal Holding. Fighting Federal charge (That incidently is the reason for the State case as well as the Federal case) when his Parole Plan would/should have been Submitted, but was not because defendant was in the physical custody of the Federal Gout. Defendant may be in DOC custody for up to 1 month past his release date, of April 28th 2013. Initial release date figures had defendants release date at Nov 28th 2013, but after an Internal Audit were found wrong and adjusted to April 28th 2013.

        Defendant Further States that:

In 1995 defendant turned himself in to serve a 364 day Sentence in the DOC.

1

After defendant was granted a 3 week postponement of sentence to spend time with his wife/son/mother and to attend to personal matters, Defendant also turned himself in on Aug of 2000 to serve a 19 month sentence in the BOP. After he was granted Halfway House and 3rd Party celease. Defendant also turned himself into State Probation and Parole on the current charge on Dec 15-2009 and has been in State custody ever since. Defendant was also at the Level I (The Farm.) in Los Lunas N.M. (Before he was indicted by the Federal Gov't) For 8 months

Defandant also state's that:

He was attacked while in Santa Fe Federal Holding for refusing to allow 4 other inmates to use his mailing privileges to bring Drug's into the Holding Facility. Defendant had a Finger severed, had to have his head Stapled Shut, was blinded and left blind in both eyes, has just recently gotten the vision back in his left eye only, has developed a twitch in his head and mouth, And has intense pain in the head and back of the neck area, Along with a Stuttering when speaking.

Defandant would use the priviledge of 3rd party celease or Halfway House to attend to Medical Issues, As Medical treatment in both State and Federal custody is grossely inadequate, As well as to spend time with mother / son and take care of personal buisness.

Respectfully Submitted
Salomon Baca.

Due to hardships and atypical Suffering caused by unforseen circumstance's. Respectfully ask's the Court to grant 3rd party celease and be allowed a 30 day grace period before turning himself in to finish Federal Sentence.

2

Relief: Respectfully ask said Motion to be granted and or Instruction provided as the court deems just and Proper.

Sign _Salomon Baca_

On Date 4/23/13 _____ I Certify that I mailed a

True Copy of Said Motion to:

1   U.S. District        333 Lomas blud N.W.
    Court Clerk          Albuq N. M.
                                87102


2 . District Attorney    Louis E Valencia
                         201 Third Street N.W. Suite 900
                         Albuq N. M.
                                87102


Defendant use was Prepaid First class Postage

Case # 1:12-CR-00445-JB

Judge: Alan B Jhanson
          James O Browning


Sign _Salomon Baca_

3

Salomon Baca 2-E-101
HENNDC.
85 Dr. Michael Jenkins Rd.
Clayton N.M.

88415

RECEIVED
At Albuquerque NM

APR 26 2013

MATTHEW J. DYKMAN
CLERK
Court Clerk

U.S. District Court
333 Lomas Blvd N.W.
Albuq N.M.
87102

8710282274