IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>SOLOMON BACA,<br><br>Defendant(s). | Case No. 12-CR-00445-ABJ |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

  **THIS MATTER** has come before the Court on the Motion to Withdraw as Counsel. The Court finds that the Defendant was sentenced on February 14, 2013 with the Court's sealed judgment having been entered on February 27, 2013; and counsel has discharged the duties owed to the Defendant. The Motion has not been opposed; and the Court being fully advised,

  **IT IS ORDERED** that the Motion to Withdraw as Counsel for the Defendant in this matter should be and is **GRANTED**.

Dated this 30th day of April, 2013.

_____
Alan B. Johnson
United States District Judge