To: Whom It May Concern.        12cr445 ABJ

From: Baca Salomon.

Would you please let me know when the three motions I submitted will be heard. The last time I wrote to you, you sent me the dates on everything in my case but not the date that the motions would be heard.

DA Louis E Valencia

Judge Alan B Johnson
      James O Browning
Case # 1:12-cr-00445-ABJ

Filed 5/15/13

Respectfull
Salomon Baca

5/21/13

Salomon Baca 44397-3E-101
NENMDF
185 Dr. Michael Jenkins Rd.
Clayton N.M.
88415

RECEIVED
At Albuquerque NM

MAY 23 2013

MATTHEW J. DYKMAN
CLERK

U.S. District Court
District of New Mexico
Office of the Clerk Suite 270
333 Lomas Blvd N.W.
Albuquerque N.M. 87102