IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>SOLOMON BACA,<br><br>Defendant(s). | Case No. 12-CR-00445-ABJ |

**ORDER DENYING MOTION REQUESTING TEMPORARY RELEASE**

 **THIS MATTER** has come before the Court on the Motion of Solomon Baca requesting temporary release from custody of the United States Bureau of Prisons to a halfway house or to third party custody to his family.

 On February 14, 2013, the Defendant Baca was sentenced to a sixty-four month term of imprisonment to be served consecutive to an unrelated New Mexico State sentence. Defendant plead guilty to Count Four of an Indictment charging violation of 18 U.S.C. § 922(g)(1) and 924(a)(2), felon in possession of ammunition. Defendant has now requested this Court to intervene with the United States Bureau of Prisons due to the multitude of complaints and symptoms that the Defendant attributes to injuries he suffered on October 21,

2012, at the hands of prisoners while in federal detention. He argues that he would be a good risk for release for medical treatment by a neurologist although his criminal history is less than supportive of his contention.

No record has been presented by the Defendant regarding any attempts to seek or obtain medical and nursing assistance at the place of his designation by the Bureau of Prisons. The Court does not doubt that the Defendant suffered serious injuries in the attack, having observed the Defendant at the sentence hearing; however the Court is without concrete information as to any further treatment for any conditions that need to be addressed at this time. Certainly the Bureau of Prisons is in a position to contact this Court should circumstances justify the need for treatment beyond the competence of medical providers at the Bureau of Prisons.

**IT IS ORDERED** that the Defendant's Motion Requesting Temporary Release to Halfway House and or Third Party Release should be and the same is **DENIED.**

Dated this 15th day of August, 2013.

_____
Alan B. Johnson
United States District Judge